IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                                 No. 5:98CR16BRN

REGINALD NEAL                                               DEFENDANT

AND

CONCORD NEIGHBORHOOD CORPORATION                            GARNISHEE

## ORDER OF CONTINUING GARNISHMENT

The plaintiff has filed a Motion for Order of Continuing Garnishment (Doc. #37) requiring the Garnishee, Concord Neighborhood Corporation, to pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's monthly non-exempt net disposable earnings until the judgment owed to the plaintiff in the amount of $1,116.01, is paid in full or until the Garnishee no longer has possession or control of wages belonging to the defendant.  Upon consideration of the plaintiff's Motion, the Court finds that the Motion is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3205.

It is hereby ORDERED that the Garnishee, Concord Neighborhood Corporation, pay to the plaintiff from the defendant's earnings the sum of 25% of defendant's non-exempt net disposable earnings until the judgment owed to the plaintiff is paid in full or until the Garnishee no longer has possession or

control of wages belonging to the defendant or until further order of this Court.

The Clerk of the Court is directed to forward a copy of this Order to the parties of record.

ENTER:   May 15, 2012

                                       David Bramlette
                                       DAVID C. BRAMLETTE, III
                                       UNITED STATES DISTRICT JUDGE